UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DELBERT SUMNERS | ) |
| | ) |
| vs. | ) Case No. 09-5065-CV-SW-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |

\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

After carefully reviewing the record, the Court hereby **AFFIRMS** the decision of the Administrative Law Judge.

**IT IS SO ORDERED.**


July 23, 2010                                                    Ann Thompson
Date                                                      Clerk of the Court


Entered on: July 23, 2010                            s/ Karen Siegert
                                                      (By) Deputy Clerk